JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER L. WILLIAMS, | ) | Case No. CV 16-06310-PA (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| B. A. BLEDSOE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 23, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1